**2003–0622.   Funtime, Inc. v. Wilkins.**
Board of Tax Appeals, No. 2001–A–342. On request for oral argument before the full court. Request

granted.

O'DONNELL, J., dissents.